O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV10-01514-AHM (OPx) | Date | December 12, 2011 |
| Title | CHRISTOPHER GONZALES, et al v. USF REDDAWAY, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Craig T. Ackerman<br>Dylan F. Pollard<br>Devin Coyle | Gregory V. Mersol |

**Proceedings:** MOTION FOR SETTLEMENT APPROVAL OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT FILED BY PLAINTIFF CHRISTOPHER GONZALES, MARC HOEFNAGELS [27] (non-evidentiary)

Court circulates its Questions and Comments for Preliminary Approval and hears oral argument. For reasons and findings stated on the record, the Court denies the motion for settlement approval of preliminary approval of class action settlement. In light of the answers to the questionnaire, the Court invites the parties to file another motion for preliminary approval of class action settlement taking into consideration the Court's comments made during the course of today's hearing. In addition, the parties are to submit a red-lined version of their revised proposal.

| | : | 32 |
|---|---|---|
| | Initials of Preparer | SMO |